| AO 10 Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>DOUMAR, ROBERT G. | 2. Court or Organization<br><br>U. S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA | 3. Date of Report<br><br>06/12/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Room 420 United States Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOUMAR, ROBERT G.** | 06/12/2012 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NONE OTHER THAN CREDIT CARDS WHICH ARE PAID IN FULL MONTHLY. | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBOTT LABS | C | Dividend | L | T | | | | | |
| 2. AMERICAN CAPITAL AGENCY | B | Distribution | K | T | Buy | 7/5/11 | J | | |
| 3. AMERITRADE | A | Interest | J | T | | | | | |
| 4. ANNALY CAPITAL MGMT. | B | Distribution | K | T | Buy | 4/25/11 | K | | |
| 5. ANWORTH MORTGAGE ASSET | B | Distribution | K | T | Buy | 5/6/11 | K | | |
| 6. AT&T | A | Dividend | K | T | | | | | |
| 7. AVATAR VENTURES | A | Dividend | J | T | Buy | 4/27/11 | J | | |
| 8. BB&T - | E | Dividend | M | T | | | | | |
| 9. BB&T CAPITAL TRUST | D | Interest | K | T | | | | | |
| 10. BANK OF AMERICA | A | Dividend | K | T | | | | | |
| 11. BANK OF AMERICA PREFERRED | C | Dividend | K | T | | | | | |
| 12. BBVA BANCO FRANCES | | None | J | T | Buy | 4/25/11 | J | | |
| 13. BLACK ROCK LARGE CAP EQUITY | E | Dividend | O | T | | | | | held in Merrill Lynch IRA |
| 14. BLACK ROCK NAT.BASIC EQUITY | | None | N | T | | | | | held in Merrill Lynch IRA |
| 15. BLACK ROCK PACIFIC NAT, ETC. | | None | M | T | | | | | held in Merrill Lynch IRA |
| 16. CALUMET SPEC. | B | Distribution | K | T | Buy | 1/4/11 | K | | |
| 17. CAMPOSTELLA SELF-STORAGE | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CAPITAL ONE FINANCIAL | A | Dividend | K | T | Buy | 1/12/11 | J | | |
| 19. CENTURY LINK, fmly CENTURY TELE, INC. | C | Dividend | L | T | Buy (add'l) | 2/28/11 | J | | |
| 20. ▓▓▓▓ | C | Distribution | L | W | | | | | |
| 21. CHESAPEAKE ENERGY | A | Dividend | K | T | Buy (add'l) | 2/28/11 | J | | |
| 22. CHIMERA INVESTMENT | B | Distribution | J | T | Buy | 8/11/11 | J | | |
| 23. CHINA MEDICAL TECH. | | None | | | Sold | 12/01/11 | J | | loss |
| 24. CHINA MOBILE | A | Dividend | J | T | Buy | 1/11/11 | J | | |
| 25. CISCO SYSTEMS | A | Dividend | K | T | Buy (add'l) | 2/28/11 | J | | |
| 26. CITIGROUP PREFERRED (transfer to Citigroup Common Stock | A | Dividend | L | T | Buy (add'l) | 1/3/11 | J | | |
| 27. CLEVELAND CLIFFS, name changed to CLIFFS NATURAL RESOURCES | A | Dividend | K | T | | | | | |
| 28. CONOCO-PHILLIPS | B | Dividend | L | T | Buy (add'l) | 1/3/11 | K | | |
| 29. CONSTELLATION ENERGY GROUP | A | Dividend | K | T | | | | | |
| 30. CORNING | A | Dividend | J | T | | | | | |
| 31. CSX CORP. | B | Dividend | L | T | | | | | |
| 32. DEVON ENERGY | A | Dividend | K | T | Buy (add'l) | 2/28/11 | J | | |
| 33. DIEBOLD | A | Dividend | K | T | | | | | |
| 34. ▓▓▓▓ | E | Interest | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DOLLAR TREE STORES | | None | L | T | | | | | |
| 36. | | None | L | W | | | | | |
| 37. | E | Dividend | M | W | | | | | |
| 38. DOW CHEMICAL | B | Dividend | K | T | | | | | |
| 39. DUPONT | C | Dividend | L | T | | | | | |
| 40. ECOLAB | A | Dividend | J | T | | | | | Merrill Lynch IRA |
| 41. EL PASO | A | Dividend | J | T | | | | | |
| 42. | | None | M | W | | | | | |
| 43. EMERSON ELECTRIC | B | Dividend | K | T | | | | | Merrill Lynch/ pers.IRA |
| 44. ENVEST, II | | None | L | W | | | | | |
| 45. EOG RESOURCES, INC. | A | Dividend | M | T | | | | | |
| 46. EXELIS | | None | J | T | | | J | | spinoff from ITT |
| 47. EXELYEM | | None | J | T | | | K | | spinoff from ITT |
| 48. EXXON MOBIL | B | Dividend | L | T | | | | | |
| 49. EWZ-I SHARES BRAZIL | B | Dividend | L | T | | | | | |
| 50. ENTERPRISE PRODUCTS | B | Distribution | K | T | Buy (add'l) | 4/4/11 | K | | |
| 51. FAIRFIELD ASSOCIATES | C | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  ░░░░░░ | C | Rent | N | W | | | | | ░░░░ |
| 53.  FIRST ABERDEEN AUSTRALIA FUND | | None | J | T | Buy | 12/25/11 | J | | |
| 54.  GOLDMAN SACHS | A | Dividend | L | T | | | | | |
| 55.  GOOGLE | | None | K | T | Buy | 11/29/11 | K | | |
| 56.  GREATER CHINA FUND | B | Dividend | M | T | Buy (add'l) | 2/28/11 | J | | |
| 57.  GRUPO TELEVISA | A | Dividend | K | T | | | | | |
| 58.  HOST HOTELS & RESORTS | A | Dividend | J | T | Buy (add'l) | 1/3/11 | J | | |
| 59.  ░░░░░░ | C | Distribution | L | W | | | | | |
| 60.  INGERSOLL RAND | A | Dividend | K | T | Buy (add'l) | 2/28/11 | J | | |
| 61.  INTEL CORP. | A | Dividend | K | T | Buy (add'l) | 1/6/11 | J | | |
| 62.  ITT INDUSTRIES | A | Dividend | K | T | Buy | 2/28/11 | J | | |
| 63.  JACOBS ENGINEERING GROUP | | None | | | Sold | 1/5/11 | J | | loss |
| 64.  ░░░░░░ | | None | M | W | | | | | |
| 65.  KEYCORP CAPX | B | Distribution | K | T | | | | | |
| 66.  KINDER MORGAN ENERGY PRTNR | C | Distribution | L | T | | | | | |
| 67.  KKR FINANCIAL | A | Distribution | J | T | Buy | 4/25/11 | J | | |
| 68.  LAKEWOOD PLAZA | E | Distribution | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LE GAGA | | None | J | T | Buy | 1/7/11 | J | | |
| 70. MAIN STREET | A | Dividend | K | T | Buy | 4/25/11 | K | | |
| 71. McMINN PLAZA | B | Distribution | J | T | | | | | |
| 72. MERCK | A | Dividend | K | T | | | | | |
| 73. MICROSOFT | A | Dividend | K | T | Buy (add'l) | 12/1/11 | J | | |
| 74. MIND CTI LTD. | | None | J | T | Buy | 11/29/11 | J | | |
| 75. MFS TOTAL RETURN FUND | B | Dividend | L | T | | | | | |
| 76. MOTOROLA | | None | J | T | | | | | split into two, #61 AND 62 |
| 77. MOTOROLA SOLUTIONS | A | Dividend | J | T | Spinoff (from line 76) | 1/4/11 | J | | splitoff from Motorola |
| 78. MOTOROLA MOBILITY | A | Distribution | J | T | Spinoff (from line 76) | 1/4/11 | J | | splitoff from Motorola |
| 79. NAVIOS MARITIME PTNRS | A | Dividend | J | T | Buy | 4/25/11 | K | | |
| 80. NISKA PTRNERS | B | Distribution | K | T | Buy | 4/11/11 | K | | |
| 81. NVIDIA CORP. | | None | K | T | | | | | |
| 82. NORFOLK SOUTHERN | B | Dividend | L | T | | | | | |
| 83. ONEOK PARTNERS | C | Distribution | L | T | | | | | |
| 84. ON SEMICONDUCTOR | | None | J | T | Buy | 1/3/11 | J | | |
| 85. PENN VA. RESOURCE PARTNERS | B | Distribution | K | T | Buy (add'l) | 4/4/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PERION NETWORK (now Incredimail) | | None | J | T | Buy | 9/14/11 | J | | |
| 87. PETRO LE BARASILIEROSA | A | Dividend | K | T | Buy | 1/03/11 | K | | |
| 88. PINELAND STATION | | None | K | W | | | | | |
| 89. PLAINS ALL AMERICAN PIPELINE | C | Distribution | L | T | | | | | |
| 90. | | None | M | W | | | | | |
| 91. | | None | N | W | | | | | |
| 92. THE RESERVE AT HERON'S RIDGE | | None | M | W | | | | | |
| 93. RAYONIER | B | Dividend | K | T | | | | | |
| 94. ROYAL DUTCH PETROLEUM | C | Dividend | K | T | | | | | |
| 95. SANOFI | | None | K | T | Buy | 12/1/11 | K | | |
| 96. | B | Distribution | J | W | | | | | |
| 97. STARWOOD HOTELS | A | Dividend | K | T | Buy (add'l) | 2/28/11 | J | | |
| 98. SUBURBAN PROPANE | C | Dividend | K | T | | | | | |
| 99. SUNTRUST CHECKING | A | Interest | K | T | | | | | |
| 100. SUNTRUST | A | Dividend | L | T | | | | | |
| 101. SUNTRUST SECURITIES | C | Interest | O | T | | | | | |
| 102. TAIWAN SEMICONDUCTOR | A | Dividend | K | T | Buy (add'l) | 2/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TELENORTE LESTE | | None | J | T | Buy | 10/25/11 | J | | |
| 104. TEXTRON | A | Dividend | | | Sold | 12/1/11 | L | E | |
| 105. THE RESERVE PETROLEUM CO. | | None | J | T | Buy | 10/26/11 | J | | |
| 106. TOWNEBANK | D | Dividend | M | T | Buy (add'l) | 2/28/11 | J | | |
| 107. TOWNEBANK CONVERTIBLE 8% preferred stock | D | Interest | M | T | | | | | |
| 108. TRANSPORTADORA | | None | J | T | Buy | 10/25/11 | J | | |
| 109. | A | Dividend | J | T | | | | | |
| 110. UBS Financial - money market | A | Interest | J | T | | | | | |
| 111. WEDMORE PLACE | | None | J | W | | | | | |
| 112. WELLS FARGO | B | Dividend | L | T | | | | | |
| 113. WORLD ACCEPTANCE GRP | | None | L | T | | | | | |
| 114. | A | Distribution | N | W | | | | | |
| 115. WINDSTREAM CORP. | A | Dividend | J | T | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Air Products Chem. | A | Dividend | J | T | | | | | |
| 120. Alexandria, Va. Const. Pub. | B | Interest | K | T | | | | | |
| 121. Altria Group | A | Dividend | J | T | | | | | |
| 122. Amazon | A | Dividend | J | T | | | | | |
| 123. American Electric Power | A | Dividend | J | S | Buy | 8/8/11 | J | | |
| 124. American Waterworks Co. | A | Distribution | J | T | Buy | 6/2/11 | J | | |
| 125. Apache | A | Dividend | J | T | | | | | |
| 126. AT&T | A | Dividend | J | T | | | | | |
| 127. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 128. BB&T | B | Dividend | L | T | | | | | |
| 129. BB&T - checking/money market | A | Interest | K | T | | | | | |
| 130. Baidu | | None | J | T | Buy | 5/31/11 | J | | |
| 131. Baxter Intern. | A | Dividend | K | T | | | | | |
| 132. Black Rock Va. Muni. Tr. | A | Dividend | J | T | | | | | |
| 133. Boeing | A | Dividend | J | T | Buy | 6/2/11 | J | | |
| 134. Bristol Myers Squibb | A | Dividend | | | Sold | 2/17/11 | J | | loss |
| 135. CBS Corp. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. CMA Tax Exempts Bonds | B | Interest | K | T | | | | | |
| 137. Cabot Oil & Gas | A | Dividend | J | T | Buy | 6/2/11 | J | | |
| 138. Celegene Corp. | | None | J | T | | | | | |
| 139. China Growth Fund | A | Distribution | J | T | Buy | 5/31/11 | J | | |
| 140. Cnook, Ltd. | A | Dividend | J | T | | | | | |
| 141. Chevron | A | Dividend | J | T | | | | | |
| 142. Coca-Cola | A | Dividend | J | T | | | | | |
| 143. Comcast | A | Dividend | J | T | | | | | |
| 144. Com. Bankers Trust, formerly Essex Bank | | None | K | T | | | | | |
| 145. Costco Wholesale | A | Dividend | J | T | | | | | |
| 146. CVS Caremark | A | Dividend | J | T | | | | | |
| 147. Morgan-Stanley Dean Witter Trust Premium Income Trust | C | Dividend | J | T | | | | | |
| 148. Morgan-Stanley Dean Witter Tax Exempt Sec.D | D | Interest | M | T | | | | | |
| 149. Dentsply Int. | A | Dividend | J | T | | | | | |
| 150. Diageo PLC | A | Dividend | K | T | | | | | |
| 151. Diversified Investment Group (Investment Club) | A | Dividend | J | W | | | | | |
| 152. Eaton Vance Grtr Ch.Gwth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. Emerson Electric | A | Dividend | J | T | | | | | |
| 154. Endo Pharma. Holdings | | None | J | T | | | | | |
| 155. Exxon Mobil | A | Dividend | J | T | | | | | |
| 156. Fairmont Comm., now Fairpoint Comm. | | None | J | T | | | | | |
| 157. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 158. General Mills | A | Dividend | J | T | | | | | |
| 159. Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 160. Goldman Sachs | A | Dividend | J | T | | | | | |
| 161. Guardian Life Insurance Co. | A | Interest | J | T | | | | | |
| 162. Hewlett Packard | | None | J | T | Buy | 6/2/11 | J | | |
| 163. Home Depot | A | Dividend | K | T | | | | | |
| 164. IBM | A | Dividend | J | T | | | | | |
| 165. Intercapital Insd.Mun.Income | C | Interest | K | T | | | | | |
| 166. Intercapital Insd.Mun.Trust | C | Interest | K | T | | | | | |
| 167. Intercapital Quality Muni TR | C | Interest | L | T | | | | | |
| 168. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 169. Kellogg | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. Life Ptnrs Holding | A | Dividend | J | T | | | | | |
| 171. McDonalds | A | Dividend | K | T | | | | | |
| 172. Merrill Lynch Basic Value Fund | A | Dividend | J | T | | | | | |
| 173. ML Lee Acquisition Fund 89 | A | Interest | J | T | | | | | |
| 174. ML Venture Partners (LP87) | A | Distribution | J | T | | | | | |
| 175. Medtronic | A | Dividend | K | T | | | | | |
| 176. Merck | B | Dividend | K | T | | | | | |
| 177. Microsoft | A | Dividend | K | T | | | | | |
| 178. Monsanto | | None | J | T | Buy | 11/18/11 | J | | |
| 179. Mosaic Co. | A | Dividend | J | T | | | | | |
| 180. Norfolk Southern | A | Dividend | K | T | | | | | |
| 181. Nuvasive, Inc. | | None | J | T | | | | | |
| 182. Oracle | A | Distribution | J | T | Buy | 6/2/11 | J | | |
| 183. Patterson | A | Dividend | J | T | | | | | |
| 184. Petrelo | A | Dividend | J | T | | | | | |
| 185. Pfizer | A | Dividend | J | T | | | | | |
| 186. Phillip Morris | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 188. Schlumberger | A | Dividend | K | T | | | | | |
| 189. Stercycle | A | Dividend | J | T | | | | | |
| 190. Tesco | A | Dividend | K | T | | | | | |
| 191. United Techs Corp. | A | Dividend | K | T | | | | | |
| 192. USTIhc | A | Dividend | K | T | | | | | |
| 193. VA State PBA Pub. | B | Interest | K | T | | | | | |
| 194. VA CLG Bldg. Va. | B | Interest | K | T | | | | | |
| 195. VA State Res. Auth. | B | Interest | K | T | | | | | |
| 196. VF Corp. | A | Dividend | J | T | | | | | |
| 197. Verizon Comm. | A | Dividend | K | T | | | | | |
| 198. Vodafone | A | Dividend | J | T | | | | | |
| 199. Walgreen Co. | A | Dividend | J | T | | | | | |
| 200. Whole Foods | | None | K | T | Buy | 11/18/11 | K | | |
| 201. Wisconsin Energy Corp. | A | Dividend | J | T | | | | | |
| 202. Wynn Resorts | A | Dividend | J | T | Buy | 5/31/11 | J | | |
| 203. Xcel Energy | A | Distribution | J | T | Buy | 11/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  Yandex | | None | J | T | Buy | 5/31/11 | J | | |
| 205. | | | | | | | | | |
| 206.  Apple, Inc. | | | | | | | | | |
| 207.  AT&T | | | | | | | | | |
| 208.  BHP Billiton Ltd ADR | | | | | | | | | |
| 209.  Boeing Company | | | | | | | | | |
| 210.  Caterpillar, Inc. Del | | | | | | | | | |
| 211.  Celgene Corp. Com | | | | | | | | | |
| 212.  Chesapeake Energy Okla | | | | | | | | | |
| 213.  Cisco Systems, Inc. Com | | | | | | | | | |
| 214.  Coca-Cola Com. | | | | | | | | | |
| 215.  Costco Wholesale Corp | | | | | | | | | |
| 216.  CVS Caremark Corp. | | | | | | | | | |
| 217.  Diageo PLC SPSD ADR | | | | | | | | | |
| 218.  Exxon Mobil Corp. Com | | | | | | | | | |
| 219.  General Electric | | | | | | | | | |
| 220.  Ishares MSCI Malaysia | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. Johnson & Johnson Com | | | | | | | | | |
| 222. JP Morgan Chase & Co. | | | | | | | | | |
| 223. Kaydon Corp. | | | | | | | | | |
| 224. Lafarge ADR New | | | | | | | | | |
| 225. Marathon Oil Corp. | | | | | | | | | |
| 226. Medtronic, Inc. Com | | | | | | | | | |
| 227. MEDMC Electr Matls Inc. | | | | | | | | | |
| 228. Noble Corp. Namen-AKT | | | | | | | | | |
| 229. Northrop Grummon Corp. | | | | | | | | | |
| 230. Novaris ADR | | | | | | | | | |
| 231. Nucor Corp | | | | | | | | | |
| 232. Oracle Corp. $0.01 Del | | | | | | | | | |
| 233. Petrleo Bras Vtg. SPD ADR | | | | | | | | | |
| 234. Potash Corp. Saskatchewan | | | | | | | | | |
| 235. Seaspan Corp. | | | | | | | | | |
| 236. Thermo Fisher Scientific | | | | | | | | | |
| 237. Towne Bank | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238.  | | | | | | | | | |
| 239.  Vale SA | | | | | | | | | |
| 240.  Vasco Data Security Intl | | | | | | | | | |
| 241.  Verizon Comm. | | | | | | | | | |
| 242.  Vestas Wind Systems | | | | | | | | | |
| 243.  Zimmer Holdings, Inc. | | | | | | | | | |
| 244.  Zoltek Cos Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOUMAR, ROBERT G. | 06/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS

9. Part VII, Line 48, Hartford Financial, has been eliminated. It was sold in its entirety, listed on the 2009 report, and should not appear on the 2010 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ROBERT G. DOUMAR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544